## Simcoe, Appellant, *v.* Szukegs.

Argued April 23, 1940.  Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, RHODES and HIRT, JJ.

76

*Irving W. Coleman,* for appellant.

*William H. Schneller,* for appellee.

MEMORANDUM DECISION.

PER CURIAM, May 1, 1940:

The court being of opinion that, under all the evidence taken on the rule to open the above judgment, the court below was not guilty of an abuse of discretion in opening the judgment, the order is affirmed.